UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LENNARDS JEAN MARIE,**

      **Plaintiff,**

v.                                                                                    Case No:  6:13-cv-1099-Orl-36KRS

**SHERIFF OF ORANGE COUNTY, FLORIDA,**

      **Defendant.**

## ORDER

This cause comes before the Court on the Report and Recommendation of Magistrate Judge Karla R. Spaulding (Dkt. 29).  In the Report and Recommendation, Magistrate Judge Spaulding recommends that Plaintiff Lennards Jean Marie's ("Plaintiff") Amended Motion to Remand ("Motion to Remand") (Dkt. 20) be granted and that the case be remanded to the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida.  *See* Dkt. 29 at 2-3. Defendant has not objected to the Report and Recommendation and the time to do so has expired.  As such, this matter is ripe for review.

## DISCUSSION

The district judge may accept, reject, or modify in whole or in part, the Report and Recommendation of the Magistrate Judge.  Fed. R. Civ. P. 72(b)(3).  The district judge may also receive further evidence or recommit the matter to the Magistrate Judge with further instructions. *Id*.

As noted by the Magistrate Judge, in the Amended Complaint filed by Plaintiff Marie on September 4, 2013 (Dkt. 19), she eliminated the federal cause of action under 42 U.S.C. § 1983 that was contained in her original Complaint (Dkt. 3), and there are no allegations of diversity of

citizenship. All that remain are her state law claims concerning false arrest and false imprisonment. *See* Dkt. 19. Through her motion, Plaintiff has asked the court not to retain supplemental jurisdiction over those claims. Dkt. 20. There was no objection to Plaintiff's motion by Defendant. Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED** as follows:

1. The Report and Recommendation of the Magistrate Judge (Doc. 29) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2. Plaintiff's Amended Motion to Remand (Doc. 20) is **GRANTED**.

3. This cause of action is **REMANDED** to the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida.

3. The Clerk of Court is **directed** to transmit a certified copy of this Order to the Clerk of the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida. The Clerk is further directed to terminate any pending motions and deadlines and close this case.

**DONE** and **ORDERED** in Orlando, Florida on November 7, 2013.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties
United States Magistrate Judge Karla R. Spaulding